EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    | Queja          |
|                           |                |
|   Carmen Guede Mijares    | 2003 TSPR 87   |
|                           |                |
|                           | 159 DPR ____   |

Número del Caso: AB-2002-239


Fecha: 30/abril/2003


Colegio de Abogados de Puerto Rico:
                        Lcdo. Angel N. Candelario Cáliz


Materia: Conducta Profesional
        (La suspensión es efectiva a partir del 5 de mayo de 2003,
        fecha en que se le notificó a la abogada de su suspensión
        inmediata.)

        Este documento constituye un documento oficial del Tribunal
        Supremo que está sujeto a los cambios y correcciones del
        proceso de compilación y publicación oficial de las decisiones
        del Tribunal. Su distribución electrónica se hace como un
        servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carmen Guede Mijares

AB-2002-239

PER CURIAM

San Juan, Puerto Rico, a 30 de abril de 2003.

I

El 21 de agosto de 2002 el Colegio de Abogados de Puerto Rico compareció ante nos para informarnos que en los meses de abril, mayo, junio y julio de 2002, le había requerido a la Lcda. Carmen Guede Mijares contestar una querella que había sido presentada en su contra en dicha institución, sin que la querellada hubiese atendido ninguno de los cuatro requerimientos en cuestión.

En vista de lo anterior, el 24 de octubre de 2002 emitimos una Resolución concediéndole un término de diez días a la licenciada Guede Mijares para que compareciera por escrito y contestara los requerimientos del Colegio de Abogados que ésta no había atendido. Dentro de ese mismo término, la

licenciada Guede Mijares debía comparecer por escrito ante nos y exponer las razones por las cuales no debía ser disciplinada por no contestar los requerimientos referidos.

En esa ocasión, se le apercibió a la licenciada Guede Mijares que su incumplimiento con dicha orden podría conllevar sanciones disciplinarias en su contra, incluyendo la suspensión al ejercicio de la abogacía. La Resolución referida se le diligenció personalmente.

Posteriormente, el 31 de enero de 2003, mediante otra Resolución, le concedimos al Colegio de Abogados un término de veinte días para que nos informara si la licenciada Guede Mijares había respondido a sus requerimientos. La querellada también fue notificada de esta segunda Resolución nuestra.

El 12 de febrero de 2003 compareció ante nos el Colegio de Abogados para informarnos que la licenciada Guede Mijares no había contestado aún sus requerimientos, a pesar de haberle ordenado este Tribunal que lo hiciera.

La querellada tampoco ha comparecido ante nos en respuesta a nuestra orden de mostrar causa mencionada antes.


II

Reiteradamente hemos resaltado la obligación que tienen los abogados de atender los requerimientos que les hace el Colegio de Abogados de Puerto Rico con respecto a las quejas en su contra que se presentan allí. Hemos señalado claramente que los abogados que desatienden tales requerimientos incurren por ello en una conducta impropia que acarrea serias

sanciones disciplinarias. In re: Fernández Pacheco, res. el 21 de noviembre de 2000, 152 D.P.R. ___ (2000), 2000 TSPR 184, 2000 JTS 195; In re: Rivera Rodríguez, 147 D.P.R. 917 (1999); In re: Negrón Negrón, 146 D.P.R. 928 (1998).

Asimismo, de modo reiterado, también hemos señalado que los abogados tienen la ineludible obligación de responder diligentemente a nuestras propias órdenes y requerimientos. Hemos hecho claro que la indiferencia del abogado al no atender nuestros requerimientos u órdenes acarrea la imposición de severas sanciones disciplinarias. In re: Corujo Collazo, res. el 23 de diciembre de 1999, 149 D.P.R. ___ (2000), 99 TSPR 191, 2000 JTS 8; In re: Ron Menéndez, res. el 24 de agosto de 1999, 149 D.P.R. ___ (1999), 99 TSPR 133, 99 JTS 139; In re: López López, 12 de agosto de 1999, 149 D.P.R. ___ (1999), 99 TSPR 126, 99 JTS 131.

En el caso de autos la licenciada Guede Mijares no atendió varios requerimientos del Colegio de Abogados relativos a una queja en su contra que se había presentado allí.

Más aun, Guede Mijares hizo caso omiso de nuestras Resoluciones del 24 de octubre de 2002 y del 31 de enero de 2003.

De lo anterior, es evidente que Guede Mijares no tiene ninguna disposición de cumplir con nuestras normas ni con nuestras órdenes y requerimientos. Con tal proceder ha desafiado nuestras advertencias previas, y ha ignorado las obligaciones que tiene como miembro de la profesión jurídica.

Por todo lo antes expuesto, se suspende inmediata e indefinidamente a la Lcda. Carmen Guede Mijares del ejercicio de la profesión de abogado y hasta que otra cosa disponga el Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Se ordenará la notificación de la presente por la Oficina del Alguacil.

Se dictará una sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carmen Guede Mijares

AB-2002-239

SENTENCIA

San Juan, Puerto Rico, a 30 de abril de 2003.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende inmediata e indefinidamente del ejercicio de la abogacía a la Lcda. Carmen Guede Mijares y hasta que otra cosa disponga el Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Notifíquese la presente por la Oficina del Alguacil.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo